IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE AND GLENNIE WILLIAMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: <br><br> 1:07-cv-00882-M |

## DEFENDANT AMERIQUEST MORTGAGE COMPANY'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO DISMISS

**COMES NOW** the defendant, Ameriquest Mortgage Company, and moves this Honorable Court to stay the proceedings in this action pending transfer by the Judicial Panel on Multidistrict Litigation. In the alternative, Ameriquest Mortgage Company moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Complaint filed by plaintiffs. Per Local Rule 7.1(a), defendant's brief is being filed simultaneously with this motion.

1638647 v1

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Kenneth J. Riemer, Esq.
P.O. Box 1206
Mobile, Alabama  36633

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, Alabama 36533-0969

s/ Stephen J. Bumgarner
OF COUNSEL

1638647 v1